IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CARL JAMES CAVINESS** | § | **PETITIONER** |
| | § | |
| v. | § | **Civil Action No. 1:10cv157-LG-RHW** |
| | § | |
| **JIM HOOD and DALE CASKEY** | § | **RESPONDENTS** |

### JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation [13] entered by United States Magistrate Judge Robert H. Walker, the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Proposed Findings of Fact and Recommendation [13] entered by United States Magistrate Judge Robert H. Walker, be, and the same hereby is, adopted as the finding of this Court. The petitioner's cause of action is hereby dismissed.

**SO ORDERED AND ADJUDGED** this the 19th day of November, 2010.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE